IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02737-AP

PAMELA S. MILLS,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| William E. Benjamin<br>3570 Catalpa Way<br>Boulder, CO 803034<br>Telephone (303) 442-9005<br>FAX (303) 442-2345<br>E-mail: Wbenjaminlaw@ecentral.com | DAVID M. GAOUETTE<br>United States Attorney<br>District of Colorado<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>kevin.traskos@usdoj.gov<br><br>DEBRA J. MEACHUM<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>E-mail: Debra.meachum@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** November 20, 2009

**B. Date Complaint Was Served on U.S. Attorney's Office:** December 9, 2009

**C. Date Answer and Administrative Record Were Filed:** February 23, 2010

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the Administrative Record appears to be complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, state that they are not aware of any unusual claims or defenses in this case.

## 7. OTHER MATTERS

The parties state that there are no other matters.

## 8. BRIEFING SCHEDULE

**A. Plaintiff's Opening Brief Due:** April 17, 2010

**B. Defendant's Response Brief Due:** May 18, 2010

**C. Plaintiff's Reply Brief (If Any) Due:** June 2, 2010

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A. Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B. Defendant's Statement:** Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 9th day of March, 2010.

                                                    BY THE COURT:

                                                   <u>*s/John L. Kane*</u>
                                                   U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| s/ William E. Benjamin 3/8/2010 | DAVID M. GAOUETTE |
| William E. Benjamin | United States Attorney |
| 3570 Catalpa Way | KEVIN TRASKOS |
| Boulder, CO 80304 | Deputy Chief, Civil Division |
| Telephone (303) 442-2345 | United States Attorney's Office |
| FAX (303) 442-2345 | District of Colorado |
| e-mail: Wbenjaminlaw@ecentral.com | kevin.traskos@usdoj.gov |
| Attorney for Plaintiff | s/Debra J. Meachum 3/8/10 |
| | Debra J. Meachum |
| | Special Assistant U.S. Attorney |
| | *Mailing Address:* |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | *e-mail address:* debra.meachum@ssa.gov |
| | Telephone (303) 844-1570 |
| | Attorney for Defendant |