# MEMORANDUM

**DATE**:              March 9, 2011

**TO**:                File 09-cv-02737-LTB

**FROM**:              Senior Judge Babcock          s/LTB

**CASE NAME**:         Mills v. Astrue


Plaintiff may proceed in forma pauperis on appeal.